UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **2:26-cv-08406-DOC-ACCV** | Date: | August 10, 2026 |
| Title: | ***Grant et al v. Blanco*** | | |

Present: The Honorable Angela C. C. Viramontes, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings (IN CHAMBERS): ORDER TO SHOW CAUSE RE: UNSIGNED COMPLAINT**

On July 29, 2026, Plaintiffs Marie Grant and Nazareth McClay (collectively, "Plaintiffs") filed a civil rights complaint under 42 U.S.C. § 1983 (Electronic Case Filing Number ("ECF No.") 1). Plaintiffs, however, failed to sign the Complaint. Plaintiffs are advised that pursuant to Rule 11(a) of the Federal Rules of Civil Procedure, every pleading, written motion, and other paper must be signed by at least one attorney of record or by a party personally if the party is unrepresented. Rule 11(a) further mandates that the Court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs shall show cause why the Complaint should not be stricken, or in the alternative, shall file a signed Amended Complaint bearing their original signatures within **twenty-one (21) days** of the date of this Order.

Plaintiffs are warned that failure to timely respond to this Order or file a signed pleading will result in the Complaint being stricken and may result in the dismissal of this action without further notice for failure to prosecute and failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED**